United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 21-01244-JAW
Lisa Michelle Smith  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Sep 10, 2025      Form ID: n050      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 10 2025 19:35:00 | US Department of Education c/o Nelnet, 121 S 13th ST, Lincoln, NE 68508-1904 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Lisa Michelle Smith jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lisa Michelle Smith trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Sep 10, 2025 | Form ID: n050 | Total Noticed: 1 |

                        nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

                        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

n050−ntcfilecos (7/25)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**                                                                                           **Case No.:** 21−01244−JAW

    Lisa Michelle Smith                                                    **Chapter:** 13

*Debtor(s)*

**To:** US Department of Education c/o Nelnet − Attn: David Kim

### Notice to File Certificate of Service

    On September 10, 2025, you filed a *Request for Notice Pursuant to Bankruptcy Rule 2002(g)* (Dkt. # 42) on behalf of US Department of Education (the "Creditor") in the above−referenced case. Pursuant to Miss. Bankr. L.R. 9004−1(c) documents filed with the clerk that require notice must include a Certificate of Service ("Certificate") identifying (i) each person or entity served with the filing; (ii) the date of service; and (iii) the manner of service.

    Therefore, **on or before September 24, 2025**, the US Department of Edu must file a Certificate for the above−referenced document providing the information required by Miss. Bankr. L.R. 9004−1(c). Failure to comply with this Notice may result in a hearing to show cause why the above−referenced document should not be stricken or dismissed.

Date: September 10, 2025                    Danny L. Miller, Clerk of Court
                                                                              Thad Cochran U.S. Courthouse
                                                                              501 E. Court Street
                                                                              Suite 2.300
                                                                              Jackson, MS 39201
                                                                              601−608−4600