___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 3, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Lisa Michelle Smith, Debtor                    Case No. 21-01244-JAW
                                                                                    CHAPTER 13

### ORDER WITHDRAWING MOTION TO DISMISS

THIS CAUSE having come on this date on the Debtor's Motion to Dismiss (Dk #45), and the Court, being advised that the Debtor wishes to withdraw the Motion, does hereby order as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Dismiss (Dk #45) is withdrawn.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469) The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)