# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Lisa Michelle Smith, Debtor                              Case No. 21-01244-JAW
                                                                    **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to suspend their bankruptcy payments. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: November 6, 2025        Signature:   /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer A Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O. Box 13767
                                           Jackson, MS 39236
                                           trollins@therollinsfirm.com
                                           601-500-5533

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Lisa Michelle Smith, Debtor                    Case No. 21-01244-JAW
                                                        CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Debtor, by and through counsel, and moves this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor is requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months December 2025 and January 2026.
3. Debtor's expenses were more than usual during the past few months. As such, Debtor cannot afford to make the monthly plan payment. Debtor will be able to resume making payments beginning in February 2026. Debtor currently has a credit of $2,231.31 on her plan payments.
4. Debtor is requesting that her Chapter 13 plan payments be adjusted as necessary to account for any missed plan payments and to properly reflect the credit.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

       I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on November 6, 2025, to:

By Electronic CM/ECF Notice:

       Chapter 13 Case Trustee

       U.S. Trustee

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LISA MICHELLE SMITH

CASE NO: 21-01244-JAW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 11/6/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/6/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>LISA MICHELLE SMITH | CASE NO: 21-01244-JAW<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 11/6/2025, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/6/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING          EXETER FINANCE LLC  CO AIS PORTFOLIO SERVIC   FLOWERING PEACH BK LLC
NCRS ADDRESS DOWNLOAD                     4515 N SANTA FE AVE DEPT APS                  PO BOX 1149
CASE 21-01244-JAW                         OKLAHOMA CITY  OK 73118-7901                  GRAPEVINE  TX 76099-1149
SOUTHERN DISTRICT OF MISSISSIPPI
THU NOV 6 11-47-53 PST 2025




QUANTUM3 GROUP LLC AS AGENT FOR           QUANTUM3 GROUP LLC AS AGENT FOR SADINO FUNDI  US DEPARTMENT OF EDUCATION CO NELNET
SADINO FUNDING LLC                        PO BOX 788                                    121 S 13TH ST
PO BOX 788                                KIRKLAND  WA 98083-0788                       LINCOLN  NE 68508-1904
KIRKLAND  WA 98083-0788



EXCLUDE

US BANKRUPTCY COURT                       1ST FRANKLIN FINANCIAL                        1ST FRANKLIN FINANCIAL CORPORATION
THAD COCHRAN US COURTHOUSE                124 MARKET PLACE                              ATTN ADMINISTRATIVE SERVICES
501 E COURT STREET                        HAZLEHURST  MS 39083-2205                     PO BOX 880
SUITE 2300                                                                              TOCCOA  GA 30577-0880
JACKSON  MS 39201-5036




AFNI                                      ATT                                           (P)ACCOUNT CONTROL TECHNOLOGY
PO BOX 3097                               PO BOX 5087                                   21700 OXNARD STREET
BLOOMINGTON  IL 61702-3097                CAROL STREAM  IL 60197-5087                   SUITE 1400
                                                                                        WOODLAND HILLS CA 91367-3636




AMERICAN FINANCIAL                        CNAC                                          COMENITY BANK
6400 WINCHESTER RD                        5719 I55                                      PO BOX 183044
MEMPHIS  TN 38115-8117                    JACKSON  MS 39206-2939                        COLUMBUS  OH 43218-3044




COPIAH COUNTY MEDICAL                     DEPARTMENT OF TREASURY                        ENTERGY
PO BOX 14099                              INTERNAL REVENUE SERVICE                      PO BOX 8105
BELFAST  ME 04915-4034                    P O BOX 7346                                  BATON ROUGE  LA 70891-8105
                                          PHILADELPHIA  PA 19101-7346




EXETER FINANCE LLC                        EXETER FINANCE LLC                            FINGERHUT
AIS PORTFOLIO SERVICES  LP                PO BOX 166097                                 13300 PIONEER TRAIL
4515 N SANTA FE AVE  DEPT APS             IRVING  TX 75016-6097                         EDEN PRAIRIE  MN 55347-4120
OKLAHOMA CITY  OK 73118-7901



                                          EXCLUDE

FIRST PREMIER BANK                        (D)FLOWERING PEACH BK LLC                     GEROGE HARRIS BUILDING
3820 N LOUISE AVE                         PO BOX 1149                                   1049 HARRIS LN
SIOUX FALLS  SD 57107-0145                GRAPEVINE  TX 76099-1149                      HAZLEHURST  MS 39083-9288




INTERNAL REVENUE SERVI                    (P)KINGS DAUGHTERS MEDICAL CENTER             MIDLAND FUNDING
CO US ATTORNEY                            PO BOX 5440                                   8875 AREO DR
501 EAST COURT ST                         BROOKHAVEN MS 39603-5440                      STE 200
STE 4430                                                                                SAN DIEGO  CA 92123-2255
JACKSON  MS 39201-5025
```

```
                                                                                        EXCLUDE

PREMIER BANKCARD  LLC                   QUANTUM3 GROUP LLC AS AGENT FOR                 (D)QUANTUM3 GROUP LLC AS AGENT FOR
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE  BLUESTEM AND SCUSA                              SADINO FUNDING LLC
PO BOX 7999                             PO BOX 788                                      PO BOX 788
SAINT CLOUD MN 56302-7999               KIRKLAND   WA   98083-0788                      KIRKLAND   WA  98083-0788




(P)SELF INC                             STRAYER UNIVERSITY                              US ATTORNEY GENERAL
901 E 6TH STREET SUITE 400              2303 DULLES STATION BL                          US DEPT OF JUSTICE
AUSTIN TX 78702-3241                    HERNDON   VA 20171-6353                         950 PENNSYLVANIA AVENW
                                                                                        WASHINGTON   DC 20530-0001



EXCLUDE                                 EXCLUDE

(D)US DEPARTMENT OF EDUCATION CO NELNET (D)US DEPARTMENT OF EDUCATION CO NELNET         US DEPT OF EDUCATION
121 S 13TH ST                           121 S 13TH ST                                   PO BOX 5202
LINCOLN   NE 68508-1904                 LINCOLN   NE 68508-1904                         GREENVILLE   TX 75403-5202




                                                                                        EXCLUDE

US DEPT OF EDUCATION                    US DEPT OF EDUCATION                            UNITED STATES TRUSTEE
PO BOX 5609                             CO US ATTORNEY                                  501 EAST COURT STREET
WILKES BARRE   PA 18773                 501 E COURT ST                                  SUITE 6-430
                                        STE 4430                                        JACKSON   MS 39201-5022
                                        JACKSON   MS 39201-5025



EXCLUDE                                                                                 DEBTOR

HAROLD J BARKLEY JR                     JENNIFER A CURRY CALVILLO                       LISA MICHELLE SMITH
PO BOX 4476                             THE ROLLINS LAW FIRM                            213 MISSISSIPPI ST
JACKSON   MS 39296-4476                 702 W PINE ST                                   HAZLEHURST   MS 39083-2103
                                        HATTIESBURG   MS 39401-3836



EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM   PLLC
PO BOX 13767
JACKSON   MS 39236-3767
```