**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                                    CHAPTER 13 NO.:

LISA MICHELLE SMITH                                                                          21 – 01244 – JAW

**TRUSTEE'S RESPONSE TO**
**MOTION TO SUSPEND PLAN PAYMENTS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Motion to Suspend Plan Payments [Docket Number 48]; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Trustee should be authorized to refund any payments received during the suspension to the Debtor.

2. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated:  November           10          , 2025

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Lisa Michelle Smith
213 Mississippi Street
Hazlehurst, MS 39083

Dated: November      10     , 2025

                                          /s/Harold J. Barkley, Jr.
                                          HAROLD J. BARKLEY, JR.