SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: December 9, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| LISA MICHELLE SMITH | 21 – 01244 – JAW |

### AGREED ORDER

THIS CAUSE came before this Honorable Court on the Debtor's Motion to Suspend Plan Payments [Docket Number 48] and the Trustee's Response [Docket Number 49]; and the parties agree as follows:

THAT, Debtor's Motion to Suspend Plan Payments is hereby granted.

THAT, Debtor's plan payments are hereby suspended for the months of December 2025 and January 2026 with payments to resume February 2026.

THAT, the post-petition mortgage payment arrears through January 2026 shall be paid on an altered basis over the remaining plan period, with regular maintenance payments to commence with the February 1, 2026 payment.

THAT, Debtor's wage order shall remain in place with the Trustee to disburse any payments received for the suspended months to the Debtor.

THAT, the Trustee shall amend Debtor's wage order after the suspension to a sum sufficient to complete within the remaining plan term.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR