**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**LISA MICHELLE SMITH** **21 – 01244 – JAW**

## TRUSTEE'S MOTION TO DISMISS

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Motion to Dismiss the above styled and numbered case; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Debtor's plan has reached month 60, and the Debtor needs to remit $1,100.00 to complete the Chapter 13 Plan.

2. That, the Debtor should send said funds to the Trustee on or before hearing hereon, or within a reasonable time thereafter. Failure to take any action may result in dismissal of the case without further notice or hearing.

3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: September 22, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**CERTIFICATE**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Lisa Michelle Smith
213 Mississippi St.
Hazlehurst, MS 39083

Dated: September 22, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.