**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 19, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **LISA MICHELLE SMITH,** | **CASE NO. 21-01244-JAW** |
| **DEBTOR.** | **CHAPTER 13** |

# ORDER RESETTING HEARING

This matter came on this date on the Trustee's Motion to Dismiss filed by Harold J. Barkley, Jr., Trustee, (the "Motion") (Dkt. #58) and the Debtor's Response (the "Response") (Dkt. #61). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on October 19, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion and Response hereby is continued and reset for November 16, 2026, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693